# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** *ex rel.* **Jay Radhakrishnan, M.D.,** § § § § § **Plaintiffs,** § § **v.** § § § **Andrew Gomes,** *et al.***,** § § § **Defendants.** § | **CIVIL ACTION NO. 4:18-cv-04650** <br><br> **FILED UNDER SEAL** |

## NOTICE OF ELECTION TO INTERVENE TO SETTLE

The United States notifies the Court that it will intervene in the above captioned *qui tam* lawsuit to effectuate a settlement reached between the parties. As of today, all of the settling parties have signed the Settlement Agreement. Under the terms of the Agreement, the payment triggering the dismissal of this lawsuit by the United States and the Relator will be made by Defendants within 45 days of the effective date of the Agreement. Once that payment is made, the United States and the Relator will file dismissal papers with a proposed order unsealing the Relator's Complaint and other relevant filings. In the meantime, the United States requests that the case remain under seal.

Respectfully submitted,

ALAMDAR S. HAMDANI

UNITED STATES ATTORNEY

By:  *s/ Andrew A. Bobb*
ANDREW A. BOBB
Assistant United States Attorney
SBOT No. 02530350
Fed. Bar Id. 9041
1000 Louisiana, Suite #2300
Houston, Texas 77002

Tel.: (713) 567-9766
Fax: (713) 718-3303
Email: Andrew.Bobb@usdoj.gov

COUNSEL FOR THE UNITED STATES OF AMERICA