IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA §<br>*ex rel.* Jay Radhakrishnan, M.D., §<br>§<br>§<br>    Plaintiffs, §<br>§<br>v. §<br>§<br>§<br>Andrew Gomes, *et al.*, §<br>§<br>§<br>§<br>    Defendants. § | CIVIL ACTION NO. 4:18-cv-04650<br><br>**FILED UNDER SEAL** |

**JOINT STIPULATION OF DISMISSAL BY UNITED STATES AND RELATOR**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States of America and Jay Radhakrishnan M.D. (the "Relator") file this *Joint Stipulation of Dismissal*. The parties have agreed to resolve this matter pursuant to the Settlement Agreement executed on June 27, 2024 (the "Settlement Agreement"). A copy of that agreement is attached to this stipulation as **Exhibit 1**.

**Terms of Dismissal**: In accordance with the Settlement Agreement, the United States and the Relator jointly stipulate to the following:

1) The United States agrees to dismissal <u>with prejudice</u> of all claims asserted in this action that are included within the "Covered Conduct" as defined in Paragraph F of the Settlement Agreement;

2) The United States' dismissal is <u>without prejudice</u> as to any other claims other than the "Covered Conduct" as defined in Paragraph F of the Settlement Agreement;

3) The Relator agrees to dismissal <u>with prejudice</u> as to all claims he asserted in this action; and

4) The Court retains jurisdiction for any disputes relating to the Settlement Agreement.

**Unsealing of Certain Pleadings**: Upon dismissal, the government requests that only the following pleadings be unsealed:

1) The United States' Notice of Election to Intervene for Settlement;

2) The Joint Stipulation of Dismissal (including exhibits); and

3) The Order of Dismissal entered by the Court.

The government asks that all other materials in this matter (including, but not limited to, any applications filed by the United States for an extension of time in which to intervene) remain under seal and not be made public or served on Defendants at any time. The United States makes this request because such materials discuss the content and extent of the United States' investigation, and they are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order is attached for the Court's convenience.

    Respectfully submitted,

    ALAMDAR S. HAMDANI
    UNITED STATES ATTORNEY

By:   *s/ Jill O. Venezia*
    Jill O. Venezia
    Assistant United States Attorney
    Texas Bar No. 24010764
    Fed. Bar Id. 31305
    1000 Louisiana, Suite #2300
    Houston, Texas 77002

    Tel.: (713) 567-9511
    Fax: (713) 718-3303
    Email: Jill.Venezia@usdoj.gov

    COUNSEL FOR THE UNITED STATES OF AMERICA

/s/ Cory S. Fein
Cory S. Fein
Texas Bar No. 06879450
Cory Fein Law Firm
712 Main Street, Suite 800
Houston, TX 77002
(713) 730-5001
(530) 748 - 0601 (fax)
cory@coryfeinlaw.com

COUNSEL FOR RELATOR
JAY RADHAKRISHNAN M.D.