IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br> *ex rel.* **Jay Radhakrishnan, M.D.,** <br><br> **Plaintiffs,** <br><br> v. <br><br> **Andrew Gomes**, *et al.*, <br><br> **Defendants.** | § § § § § § § § § § § § § § § <br><br> **CIVIL ACTION NO. 4:18-cv-04650** <br><br> <u>**FILED UNDER SEAL**</u> |

<u>**ORDER OF DISMISSAL**</u>

After reviewing the *Joint Stipulation of Dismissal* filed by the United States and Relator Jay Radhakrishnan, M.D. (the "Relator"), the Court **ORDERS** the following:

1. As to the United States, the Court dismisses the action with prejudice as to all claims asserted in this action that are included within the "Covered Conduct" as defined in Paragraph F of the Settlement Agreement.

2. As to the United States, the Court dismisses the action without prejudice as to any claims other than those identified in the "Covered Conduct" as defined in Paragraph F of the Settlement Agreement.

3. As to the Relator, the Court dismisses the action with prejudice as to all claims.

4. The Court retains jurisdiction for any disputes relating to the Settlement Agreement.

5. The United States' Notice of Election to Intervene for Settlement and the Joint Stipulation of Dismissal (including Exhibit 1) are unsealed.

6. All other contents of the Court's file in this action will remain under seal and not made public.

Signed in Houston, Texas, on _____, 2024.

                                                Hon. Ewing Werlein, Jr.
                                                United States District Judge